IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
DISTRICT OF ATLANTA

| | |
|---|---|
| INTEGRITY TOYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABC INTERNATIONAL TRADERS, INC., d/b/a MGA ENTERTAINMENT CORPORATION, <br><br> Defendant. | Civil Action No.: 1:05-CV-2142 |

## CONSENT MOTION TO CORRECT CAPTION

Plaintiff Integrity Toys, Inc. ("Plaintiff"), sued Defendant MGA Entertainment, Inc. ("Defendant"), under the appellation "ABC International Traders, Inc., d/b/a MGA Entertainment Corporation." Defendant hereby moves to correct the caption to read:

INTEGRITY TOYS, INC.,
Plaintiff,
v.
MGA ENTERTAINMENT, INC.,
Defendant.

- 2 -

Upon counsel for Defendant's representation that ABC International Traders, Inc., has changed its name to MGA Entertainment, Inc., and in reliance thereon Plaintiff has consented to Defendant's Motion To Correct Caption. Plaintiff reserves the right to rename ABC International Traders, Inc., d/b/a MGA Entertainment Corporation should discovery in this case support doing so.

In support of its Motion, Defendant relies on its accompanying Memorandum of Law filed contemporaneously herewith.  A proposed Order is attached as Exhibit A to this Motion.

Respectfully submitted this 17th day of November, 2005,

ALSTON & BIRD LLP

BY: /s/ William R. Hubbard

Martin J. Elgison
Georgia Bar No. 243187
Email: melgison@alston.com
William R. Hubbard
Georgia Bar No. 373404
Email: whubbard@alston.com
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendant MGA Entertainment, Inc.*

- 3 -

Consented to by:

/s/ Trenton A. Ward

John M. Bowler
Georgia Bar No. 071770
Michael D. Hobbs, Jr.
Georgia Bar No. 358160
Segeda T. Ranjeet
Georgia Bar. No. 594505
Trenton A. Ward
Georgia Bar. No 737779
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia 30308-2216
Phone:  (404) 885-3000
Fax:  (404) 885-3900

*Attorneys for Plaintiff Integrity Toys, Inc.*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# DISTRICT OF ATLANTA

## CERTIFICATE OF SERVICE AND CERTIFICATION OF COMPLIANCE WITH N.D. GA. L.R. 5.1C

I hereby certify that the foregoing CONSENT MOTION TO CORRECT CAPTION was prepared with one of the font and point selections approved in N.D. Ga. L.R. 5.1C. I also certify that on November 17, 2005, I electronically filed the foregoing CONSENT MOTION TO CORRECT CAPTION with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

| | |
|---|---|
| John M. Bowler | Trenton Andrew Ward |
| TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP |
| 600 Peachtree Street, N.E. | 600 Peachtree Street, N.E. |
| Suite 5200 | Suite 5200 |
| Atlanta, Georgia 30308-2216 | Atlanta, Georgia 30308-2216 |
| john.bowler@troutmansanders.com | trenton.ward@troutmansanders.com |

In addition, I certify that a copy of the foregoing CONSENT MOTION TO CORRECT CAPTION was sent via first-class U.S. mail to the following attorney of record:

- 5 -

Michael D. Hobbs, Jr.
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia 30308-2216

    This 17th day of November, 2005.

                                            /s/ William R. Hubbard
                                              William R. Hubbard